IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LOPEZ ARRIAGA,

    Petitioner,        No. CIV S-04-1293 LKK DAD P

    vs.

JEANNE WOODFORD, et al.,

    Respondents.        ORDER

_____/

    Petitioner's counsel has requested leave to file a traverse out of time. Respondents do not object to the request. Accordingly, IT IS HEREBY ORDERED that:

    1. Petitioner's May 13, 2005 request for permission to file a late traverse is granted; and

    2. The traverse filed May 13, 2005, is deemed timely.

DATED: May 17, 2005.

                                      /s/ Dale A. Drozd
                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
arri1293.111tr3